**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 9:24-cv-80851-AMC

LAWRENCE FELTZIN,

    Plaintiff,

v.

LAKE PARK SHOPPES, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE FELTZIN, and Defendant, LAKE PARK SHOPPES, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 8, 2024.

| | |
|---|---|
| /s/ *Ramon J. Diego* | /s/ *Alan M. Burger* |
| RAMON J. DIEGO, ESQ. | ALAN M. BURGER, ESQ. |
| Florida Bar No.: 689203 | Florida Bar No.: 833290 |
| THE LAW OFFICE OF | MCDONALD HOPKINS LLC |
| RAMON J. DIEGO, P.A. | 501 South Flagler Drive, Suite 200 |
| 5001 SW 74th Court, Suite 103 | West Palm Beach, Florida 33401 |
| Miami, FL 33155 | Telephone: (561) 472-2121 |
| Telephone: (305) 350-3103 | E-Mail: aburger@mcdonaldhopkins.com |
| Email: ramon@rjdiegolaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 8, 2024.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: */s/ Ramon J. Diego*
RAMON J. DIEGO